434

## Girard Trust Company's Case.

Argued November 26, 1941. Before SCHAFFER, C. J.; MAXEY, DREW, LINN, STERN, PATTERSON and PARKER, JJ.

 

436

*F. Gilman Spencer,* Special Deputy Attorney General, with him *E. Russell Shockley,* Deputy Attorney General, and *Claude T. Reno,* Attorney General, for appellant.

*William H. S. Wells,* with him *Saul, Ewing, Remick & Harrison,* for appellee.

PER CURIAM, January 5, 1942:

The judgment is affirmed on the opinion of President Judge FINLETTER.